Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Souther District District of New York_

_____ Division

| | | |
|---|---|---|
| Ariel Dan Barkai | ) | Case No. _____ |
| | ) | _(to be filled in by the Clerk's Office)_ |
| _____ | ) | |
| _Plaintiff(s)_ | ) | |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) | Jury Trial: _(check one)_ ☑Yes ☐No |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) | |
| _please write "see attached" in the space and attach an additional_ | ) | |
| _page with the full list of names.)_ | ) | |
| -v- | ) | |
| | ) | |
| Bob Nuendorf, & other John Doe Rockland DA | ) | |
| Employees; Dispatcher Monihan, Ms. Donnegan, A. | ) | |
| Culianos, Lt. Cummings, Cptn. Wannamaker, Chief | ) | |
| MCCallugh Clarkstown PD & G. Hoehmann ➕ | ) | |
| _Defendant(s)_ | ) | |
| _(Write the full name of each defendant who is being sued. If the_ | ) | |
| _names of all the defendants cannot fit in the space above, please_ | ) | |
| _write "see attached" in the space and attach an additional page_ | | |
| _with the full list of names. Do not include addresses here.)_ | | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ariel D. Barkai |
| Address | 214 Hilltop Lane |
| | Upper Nyack     NY     10960 |
| | *City*     *State*     *Zip Code* |
| County | Rockland |
| Telephone Number | 917 806 5757 |
| E-Mail Address | ariel@otriad.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Robert Nuendorf |
| Job or Title *(if known)* | Detective, Rockland DA's Office |
| Address | 1 South Main Street #500 |
| | New City     NY     10956 |
| | *City*     *State*     *Zip Code* |
| County | Rockland |
| Telephone Number | 845-638-5001 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Anthony Culianos |
| Job or Title *(if known)* | Officer, Clarkstown Police Department |
| Address | 20 Maple Ave |
| | New City     NY     10956 |
| | *City*     *State*     *Zip Code* |
| County | Rockland |
| Telephone Number | 845-639-5800 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | Ray McCallugh |
| Job or Title *(if known)* | Chief of Police, Clarkstown |
| Address | 20 Maple Avenue |
| | New City |

| New City | NY | 10956 |
|---|---|---|
| City | State | Zip Code |

| | |
|---|---|
| County | Rockland |
| Telephone Number | 845-639-5800 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Jeff Wannamaker |
| Job or Title *(if known)* | Captain. Clarkstown Police Department |
| Address | 20 Maple Avenue |

| New City | NY | 10956 |
|---|---|---|
| City | State | Zip Code |

| | |
|---|---|
| County | Rockland |
| Telephone Number | 845-639-5800 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

First Ammendment Right to Free Speech; Fourth Ammendment Right Against Unreasonable Seizure (Unlawful Arrest); 5th and 14th Ammendment Right to Due Process and Equal Protection;

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

N/A

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Please See Attached Marked "Section II-D"

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

In my home at 214 Hilltop Lane, Upper Nyack NY 10960

B.      What date and approximate time did the events giving rise to your claim(s) occur?

On 8/31/2020 at 2:08PM

C.      What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

Please See Attached Document Labeled "III-Section C"

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Please see attached document labeled "Section IV"

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Please See Attached Document Labeled "Section V"

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            05/03/2021

Signature of Plaintiff

Printed Name of Plaintiff    Ariel Barkai

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

**Additional Defendants:**

Defendant 5

Glenn Cummings
Lieutenant, Clarkstown Police Department
20 Maple Avenue
New City NY 10956
Rockland County
845-639-5800

Defendant 6

George Hoehmann
Clarkstown Town Supervisor
20 Maple Avenue
New City, NY 10956
Rockland County
845 639 5800

Defendant 7
Officer Donnegan
Clarkstown Police Department
20 Maple Avenue
New City NY 10956
Rockland County
845 639 5800

Defendant 8
Dispatcher Monihan
Clarkstown Police Department
20 Maple Avenue
New City NY 10956
Rockland County
845 639 5800

Defendant 9
Other John Doe Employees
Rockland District Attorney's Office
1 South Main Street #500
New City, NY 10956
Rockland County
845-638-5001

United States District Court
Southern District of New York

_____X

ARIEL BARKAI,

        Plaintiff,

    -vs-                                                  Section 1983 Civil Suit

Robert Nuendorf,
        Detective, Rockland DA
Anthony Culianos
        Clarkstown Police Department
Officer Donnegan
        Clarkstown Police Department
Dispatcher Monihan,
        Clarkstown Police Department
Glenn Cummings
        Lieutenant, Clarkstown Police Department
Ray McCallugh
        Clarkstown Chief of Police
Jeff Wannamaker
        Captain, Clarkstown Police Department
George Hoehmann
        Clarkstown Town Supervisor
And Other John Doe Employees
        Rockland District Attorneys Office

        Defendants.

_____X

TO THE UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK:

Please accept the following addendum to the Section 1983 Civil Suit Standard Form Available through the Courts for the purpose of filing a "Pro Se" Section 1983 Suit in the aforementioned case.

## II – D:  **Defendants Actions Under Color of Law**

i)    **NY Mental Hygiene Law 9.41** - Any peace officer, when acting pursuant to his special duties, or police officer who is a member of the state police or of an authorized police department or force or of a sheriff's department may take into custody any person who appears to be mentally ill *and is conducting himself in a manner which is likely to result in serious harm to himself or others. "Likelihood to result in serious harm" shall mean (1) substantial risk of physical harm to himself as manifested by threats of or attempts at suicide or serious bodily harm or other conduct demonstrating that he is dangerous to himself, or (2) a substantial risk of physical harm to other persons as manifested by homicidal or other violent behavior by which others are placed in reasonable fear of serious physical harm.* Such officer may direct the removal of such person

or remove him to any hospital specified in subdivision (a) of section 9.39 or, pending his examination or admission to any such hospital, temporarily detain any such person in another safe and comfortable place, in which event, such officer shall immediately notify the director of community services or, if there be none, the health officer of the city or county of such action.

ii)      18 US Code SS 242 - Section **242** of Title **18** makes it a crime for a person acting under color of any law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the **United States**.

## III - SECTION C:

1 – To wit, on August 31, 2020 at 1:29PM I called the Rockland District Attorney's Office to speak to Detective Robert Nuendorf about outstanding issues remaining after the dismissal of the charges falsely brought against me by Montefiore Nyack Hospital, advanced by the Orangetown Police Department and charged in the name of "The People of the State of New York" by the Rockland District Attorneys Office. On a recorded call 10 days prior Nuendorf told me he was the only person in the DA's office with whom I should speak so when he did not answer or return my calls to his mobile phone in the prior days, I called his office. A secretary answered the phone and when I asked to speak to Nuendorf, I was placed on hold and after approximately 1.5 minutes on hold I was asked to leave a message and I told the assistant that I wanted to speak to Nuendorf about getting his assistance in settling an issue with my EZ pass which had gone into default as a result of having been denied an Economic Injury Disaster Loan from the SBA due to the false charges brought against me by his boss, Tom Walsh, Rockland District Attorney in the name of the People of the State of New York for launching a lawful complaint into the death of my mother, Dr. Eileen Barkai of blessed memory, who died in Montefiore Nyack Hospital on 1/27/2020 when she was given 50 mcg of the drug Esmolol when the studies the head of the MICU referenced call for 5 mcg. The drug stopped my mothers heart and she died right in front of me. For having the audacity to complain the hospital, police and DA brought charges against me in clear violation of NY State Health Law 2803 which encompasses the NY State Patients Bill of Rights Article 19 which states:

> Right **#19**. You have a right to complain **without fear of reprisals** about the care and services you are receiving and to have the hospital respond to you and if you request it, a written response.

2 – For daring to speak up and bear witness into the death of my beloved late mother, Tom Walsh's office charged me with two counts of Second Degree Harassment during the mourning period of my mother and which caused me denial of an EIDL crashing my business pipeline and thrusting my house into forbearance during a pandemic having just lost my mother and inheriting her mortgage while losing her pension.

3 – As stated the charges were dismissed at arraignment because, yes, you do have the right to complain to a hospital.

4 – I spoke to Nuendorf on 8/21/2020 and this was a follow up call to our recorded conversation that I can share with this Court. At no time during our conversation did I ever threaten anybody or myself. In fact the call was quite cordial discovering that Nuendorf and myself had a mutual friend who was an Ex-FBI agent, Special Agent Bill McGroggan, retired. Of note is that during this call when I asked for an apology from Tom Walsh, Nuendorf said "the Judge will not apologize to you. He is afraid you are going to sue him". This clearly shows that

the DA's office was well aware of the malicious prosecution they had waged against the son of a dead woman and calls into question what happened next for what I believe was a contrived action to manufacture evidence and records against me by having me essentially kidnapped from my home and to do so both to create evidence of me as a "psychiatric case" and also to teach me a lesson on who yields what power in Tom Walsh's county.

5 – Again, the call of 8/30/2020 lasted 3 minutes from 1:29PM to 1:32PM. Interestingly to note is that while Nuendorf has voicemail, after putting me on hold, as if she was instructed to do so, the secretary did not put me though to the voicemail and instead told me she would take a message. While I was speaking to her explaining to her why I wanted to speak to Nuendorf, she simply hung up. I thought nothing of it at the time but **AT NO TIME DID I THREATEN HER NOR DID I THREATEN MYSELF OR IDEATE SUICIDE IN ANY MANNER WHAT SO EVER.** It also bears mentioning that later on I would FOIL these events from the DA and besides the fact that the call was not recorded by the DA's office there are no notes of this call at all even though I was ostensibly asked to leave a message for the secretary to pass on to Nuendorf.

6 – At 2PM I jumped on a recorded conference call for a 240 mega-watt solar park in Villarpando, The Dominican Republic for a deal I had put together myself and for which I was the lead broker where a German energy fund was ready to purchase the concession for the project from the Dominican land owner. On the call was myself in my home in Upper Nyack, New York, my colleagues in Santo Domingo and the land owner, the German fund in Hamburg and two EPC partners, one in Milan, Italy and one in Mexico City.  Again, the entire call was recorded. The call was for the sale of the two-phase concession at $18,000,000 per phase of $36,000,000 in total for which my compensation upon closing would be $2,400,000 in cash and equity. It was clearly the biggest call of my entire life.

7 – At 2:08PM after I had made the introduction between the buyer and seller, there was a knock on my door. I looked out the window and saw a female Clarkstown Police Officer who I later learned was Officer Donnegan. Not knowing why she was there my first guess was that it was Officer Jacqueline Kennedy who I had tried to contact in June of 2020 regarding a dispute I had with the Village of Upper Nyack related to property damage I had incurred having been referred to Kennedy by Lieutenant Smith of the Clarkstown Police Department. I remember thinking "typical; I called her in June and she shows up in the middle of my $236,000,000 conference call".

8 – I opened the door with my land line in my hand on speaker phone and my mobile phone in the other hand recording the call. I was not recording the call as evidence for this suit as I never saw this coming but luckily the recording will shed great light into the facts of the case and the materially dispute between the actual facts and the fraudulent police report of the incident.

9 – I asked Officer Donnegan if she was in my home with a warrant or a Judges order. She said no. I told her I could not speak saying "not now" and asked her to leave my property. It is my understanding in discussions with law enforcement that I acted lawfully. If a police officer is standing at your door and they do not have a warrant you can tell them to leave. Officer Donnegan refused. I had the conference call on speaker and was horrified that my colleagues may hear this so I shut the door on Officer Donnegan.

10 – However with all the issues I had gone through with the police and the malicious prosecution that the Orangetown Police and Rockland DA had waged against me I did not want any problems with the police so I went back outside with the phone in my hand on speaker and put it right up to Officer Donnegans ear and said "This is a $130,000,000 call. You will have to

come back". She said "No". I was in shock. She said "Can I just ask you some questions?" I said "No. Are you on drugs? This is a $130,000,000 call. Get off my property."

11 – At no time did Officer Donnegan tell me why she was on my front porch which technically is in my house (Jardines v Florida) and she refused to leave when I as the lawful home owner commanded her to do so. It is my house. She had no warrant. At no time did she tell me why she was there. I acted completely lawfully. I never threatened her nor at any time did I threaten myself or anyone else. I simply wanted to be allowed to conduct this lawful conference call upon which so much, including my home, was riding.

12 – Donnegan refused and by refusing to tell me why she was there acted unreasonably. I have a recording of another mental hygiene visit with Officer Owen Davies of the Clarkstown Police on 3/15/21 and in this visit Davies announced the purpose of his visit and I invited him in my home. Donnegan on the other hand never told me why she was in my house and refused to exit when told by me to do so. This is gross abuse of power assuming that someone needs to surrender the privilege of their home to a police officer merely because they are standing in your home.

13 – At this point I went back into my home, put down the phones because I was frightened what my colleagues were thinking having heard all this in the middle of this critical call with a lot riding on it and exited my front door with my hands in the air lest Donnegan think I went inside to get a weapon, which clearly I did not. Again, the whole incident is recorded and AT NO TIME did I threaten Donnegan or myself and AT NO TIME did I scream and yell. I merely asserted my rights as a homeowner and the Court will clearly hear on the recording that I stated in a commanding voice "Get off my property" which is my lawful right as a homeowner to assert.

14 – At this point, at approximately 2:08PM a second officer, Anthony Culianos, entered into my house. At a distance of approximately 15 feet he stepped onto my porch, under my roof and I thought he was Officer Aaron Gould. Officer Gould was at my home in June of 2020 before I flew to The Dominican Republic in the middle of a pandemic with no health insurance for 5 weeks to investigate and structure the Villarpando deal on which this conference call was based. Without my glasses, thinking it was Gould I walked toward him and said "Officer Gould can you please tell this officer I am on that conference call for the deal I went to the Dominican Republic for. Its going on right now."

15 – At this point Culianos replied, "Aaron Gould is not your private fucking cop and I don't like the way you are speaking to my partner." He then grabbed me and assaulted me by slamming me against the wall of my home face first and then as he went to handcuff me he screamed out "He is not resisting" because in fact I did not resist and thinking of this makes me wonder if perhaps Donnegan had gone for her service revolver because one false move and clearly I could have wound up dead. Be it not for the fact that I was the one who maintained discipline on the scene and had I reacted in the same brutish manner as Culianos Donnegan may very well have shot me, forfeiting my life because Robert Nuendorf lied to the police and dispatcher Monihan failed to follow procedures and further sent out a call about me making "suicidal threats" when in fact no such claim was even made.

16 – This whole exchange can be heard on the recording and is currently being processed by a childhood friend of mine who is a music producer to pull out the full text of this exchange. What is crystal clear however is that listening to the raw recording, the ONLY PERSON who was screaming and yelling was Anthony Culianos though he knowingly and willing lied on his police report saying I was "screaming and yelling and waving my arms". That is a lie. He also lied when he said I was walking away from him. I was walking towards him thinking he was Aaron Gould to get his help in making it clear why Officer Donnegan was acting unreasonably in my home and for this he assaulted

me. He clearly wanted to show "his partner" Donnegan that he was a tough guy and had her back but in fact she was wrong in her procedural execution of this hygiene call and his actions constituted unblanketed aggression and an assault upon me in my home for no good cause shown. It was not a "legitimate use of police force". It was an act of aggression that clearly constituted an assault.

17 – Instead he assaulted me and lied about it on his police report. He then held me in handcuffs and the Court, when reviewing the tape, will clearly hear me basically begging him to listen to the conference call that was happening while all this was going on and was fully recorded. His response when I explained to him that this was a $236,000,000 call and the biggest call of my life and that if it failed I could lose my home and begged him to come inside and listen to the call was "I would not understand it anyway." So because a police officer who is paid $250,000 does not want to act reasonably and view a situation in a light most favorably to me in my home and with ZERO probable cause and without even telling me why they were at my house in the first place, I was arrested and nobody even told me what I did or why they were there. Essentially, from my perspective I was on a conference call; two police officers showed up; they never told me why they were in my house; they would not leave; they assaulted me; handcuffed me and arrested me. It is that simple and the evidence proves this.

18 – At this point I was placed in Culianos car and when we drove off I assumed I was being brought to the Clarkstown Police HQ which would have entailed making a right turn or going straight at the traffic light at Route 9W. Culianos however made a left. I asked him where he was taking me and when he told me he was taking me to the hospital I hold responsible for killing my mother in the middle of a pandemic for no reason what so ever I kind of freaked out. I literally feared for my life. For all I knew, they were gonna take me into some Covid unit and drug me and kill me which is what I believe, and is under investigation, and allege happened to my mother. I screamed at him not to take me there and told him if he had to take me anywhere to take me to Good Samaritan. When I was wrongfully arrested on 4/28/20 I made the same request to the police and they complied and I was released in an hour.

19 – In this instance however I was completely paranoid and freaked out that I was just on a conference call and now I was being hauled away to a hospital and literally feared for my life. Of note, again, is that Culianos was not wearing a mask and when I subpoena the tape from the hospital it will prove I was brought to a hospital ER in the middle of a pandemic by a cop not wearing a mask for no reason and the hospital is the one that 6 months prior ended my mothers life. So yes, clearly I was in a manic state. But AT NO TIME did I threaten myself or anyone else that is the required probable cause for a 9.01 and 9.41 Mental Hygiene Arrest. It is not illegal in NY State to be manic and it is not illegal to argue with the police for essentially kidnapping you.

20 – I was handed over to Montefiore Nyack Hospital who along with the Rockland DA had good reason to create a record of me as mentally unfit because having the charges against me dismissed they were well aware I was going to sue them and creating a file of me as a mental patient may have been beneficial. I am not privileged to any calls Tom Walsh or his office may have made to the hospital. What I do know however is when Culianos deposited me at the hospital he told them "The Rockland DA wanted him brought here." Essentially, as stated, I was kidnapped. There is no other was to put it because again, AT NO TIME did I ever threaten myself or anyone else.

21- In the hospital I was in a psyche holding cell and I spoke to a Dr. Jackson who told me he wanted to take my blood and urine. I told him to get a search warrant. He walked away. I called him back and asked, "what happens if I refuse?" He told me "You will go upstairs." So I consented. Of note and the medical records will prove this, my blood and urine were completely clean. I was not high or drunk or on any drugs, legal, illegal or otherwise. I was just incredibly shocked at what was happening and quite frankly in fear of my life.

22 – Ultimately I was sent upstairs and kept there for four days though Dr. Levy, the second psychiatrist I saw told my sister, Dr. Ayelet Barkai, MD. also a psychiatrist "Your brother is clearly not suicidal. He may be a little manic. But he is not suicidal. In fact he is very charismatic." So if I never threatened anyone, not myself when I called Nuendorf, not the police at my house, nor anyone at any time I still do not know what the probable cause was that allowed me to be arrested when the burden of proof according to law is:

> *"Likelihood to result in serious harm" shall mean (1) substantial risk of physical harm to himself as manifested by threats of or attempts at suicide or serious bodily harm or other conduct demonstrating that he is dangerous to himself, or (2) a substantial risk of physical harm to other persons as manifested by homicidal or other violent behavior by which others are placed in reasonable fear of serious physical harm.*

23 – In short a person can not ne deprived of his liberty under this statute and unlawfully arrested because of an unsubstantiated allegation. It is a criminal violation of law.

24 - In fact, when Officer Donnegan arrived at my house after being told I made "suicidal threats to the DA" and found me sober, alone and working and I played for her the conference call, she should have ascertained immediately that it was not with me that the problem arose but with the call itself (Fisher v Harden 5th Circuit). A reasonable police officer would have explained why they were there (Officer Davies, March 15th) and found out if I posed "a substantial risk to myself or someone else" and attempted to view the matter in a light most favorable to me and where possible (as Sergeant Robinson told me on a recorded conversation) looked to deescalate and come up with a most favorable outcome.

25 – Instead I was never told why the police where there; I was assaulted for asserting my rights as a home owner; I was unlawfully detained with no probable cause; and I was brought to a hospital because "The DA wanted me brought there" and held for four nights even though I never threatened myself or anyone else. Quite frankly this is a nightmare scenario one would expect in a third world junta but can not be, should not be and is not legal in under The Constitution of the United States of America. In fact, we fought a revolution against this type of tyrannical behavior. Finally Culianos went inside my house after I was handcuffed in his car and screamed "Police Department anybody home". Though I did not know it at the time I would find out 2 months later in the Dominican Republic that this act trashed my deal and cost me a $2,400,000 contractual payout having brought a buyer for the Villarpando project as I was obligated to do.

26 – After I was released I found out some things through Freedom of Information.

27 – FOIL #1 – Nuendorf called the police 20 minutes after our call ended. That means any claims of exigent circumstance is patently false. If the Rockland DA was so scared that I made "suicidal threats" and that I posed a risk to my life, why did they wait 20 minutes to notify the police? The reason is because I never made suicidal threats to anyone ever; not on the call to the DA or any time the Clarkstown Police were sent to my house after the death of my mother. In fact when reading all the police reports, all the police who actually spoke to me and acted professionally came up with the same result – that I posed no threat. The fact that I am writing this suit attests to the fact that I am still alive and the fact that I was never arrested for threatening anyone else proves I never threatened myself or anyone else. Nuendorf knowingly lied to the police to harass me and have me deprived of my rights under color of law, a felony, either to teach me a lesson or to fabricate evidence for pending civil litigation or both. The question of how much Tom Walsh knew should be investigated by the FBI (see claims) but the fact that they waited 20 minutes to call the police proves their was no threat. Further when pressed by dispatch Nuendorf changed his song from me making "suicidal threats" to a nebulous

claim that I "sounded depressed and was being suicidal". What that even means I still do not know but it is far from the burden of proof to establish probable cause to have had me arrested and does not even fall under allowance of dispatching police to my home because doing so is essentially a form of police harassment.

28 – FOIL #2 – Dispatcher Monihan acted recklessly and illegally and essentially put my life in danger when she dispatched armed men and women without body cameras and dashboard to my home telling those men and women on a dispatch call that I made "suicidal threats to the DA" when in fact the caller himself never alleged that when pressed by Monihan who asked "what exactly did he say". They could not point to a threat because there were no threats yet Monihan dispatched armed officers with no body or dash board cameras saying I made threats. It is by the grace of God that this did not end worse than it did and had it done so there would be nobody to bear witness for me. This is not reasonable use of police authority derived by the consent of the governed and is more attune to something that one would expect in a third world junta.

29 – FOIL #3 – In spite of the fact that Monihan told Culianos and Donnegan that I made "suicidal threats" when she was told by Nuendorf that I "sounded depressed and was being suicidal" (again, what do that even mean?) miraculously Culianos wrote on his police report (**EXHIBIT A**) that he was not sure what the DA meant by me "being suicidal" so I was placed in hand cuffs for officer safety. The fact however is Culianos was not dispatched under the verbiage of me "being suicidal" but rather that Monihan falsely claimed I made "suicidal threats" yet Culianos lied of his sworn police report saying he was unaware what it meant by me "being suicidal". This proves Anthony Culianos is a liar and lied on a police report to cover up the fact that he assaulted me in my home. He also lied when he said I was yelling and screaming as the tape proves and he also lied when he said it was only in the patrol car on the way to the hospital that I spoke about "a million dollar conference call" which I told his partner the moment I opened the door. Culianos lied to cover up his crime. That is an indisputable fact.

30 – FOIL #4 – Monihan should have spoken to the person I spoke to first before dispatching a car to my house according to a call I had with a Clarkstown Police Officer that was recorded. She violated procedure.

31 – FOIL #5 – According to police procedure "the first officer on the scene" should have filed the police report. Donnegan did not do so because the police have the recording that I gave to Sergeant Bax when I filed criminal charges against Nuendorf and Culianos and had Donnegan filed the report she would have had to say "He told me he was o a conference call and played it for me live" which would have proved that the whole arrest was illegal and that the police not only acted unreasonably but that Culianos himself acted outside the law in a criminal manner.

32 – The claim that when I called I was "depressed and being suicidal" is a patently false criminal lie. In fact on that day, that morning, my EIDL loan was finally funded; the same loan denied me by the false charges Tom Walsh maliciously prosecuted me on. I used that money to finally pay my mortgage and sent a letter to the bank explaining. I then went to the DMV (I have records proving as such and a police report stating there was no police report from the Haverstraw Police); I then went to none other than Leslie Kahn, Clarkstown Attoreys office to try to speak to her about a traffic ticket (I recorded myself there on vido) and then I went across the street to the Clarkstown Police Station and upstairs to the Court Clerk. And in spite of entering the proverbial "belly of the beast" NOBODY IN ANY OF THESE AGENCIES though encountering me face to face saw any form of manner in my behavior that would make them think I posed a substantial risk of harm to myself or anyone else that they would have had to call the police yet Bob Nuendorf, whom I spoke to for 50 minutes ten days prior on a recorded call will have this Court believe that on a three minute call of which I was on hold for half the call that I made "suicidal threats" yet when pressed as to what the threats were could not say and so threw out some ball park catch all that I was "depressed and being suicidal" which itself does not meet the burden of posing "a **substantial** risk of harm to" myself or others as manifested by threats or

actions. The whole thing was a criminal action worthy of a third world junta, but again, something that can not ever be allowed to stand in these United States under our Constitution which protects us all equally…even me.

33 – I filed criminal charges on 10/15/2020 and the Clarkstown Police never investigated. Lieutenant Cummings sent me some letter which fiends an investigation but is really just an attempt to cover for Culianos' and Nuendorf's criminal actions. I tried calling Jeff Wannamaker and Ray McCallugh but they refused to take my call fostering an atmosphere of cover up for criminal conduct which has been present in the Clarkstown Police since well before I was threatened by Glenn Dietrich as a 16 year kid in a super market in New City in 1985.

34 – I tried to discuss this with George Hoehman and through his town attorney but they claimed that since I filed a notice of claim they could not speak to me either. Oddly, I waited from October until February 4th to hear from them all and only filed the notice of claim because it is a statutory requirement and once I did that which I was lawfully bound to do all refused to speak to me about this because I followed the law and as such I have exhausted all avenues but to bring this matter before this Court and request it be heard by a jury to settle the disputes as to matter of fact that must be done before a jury.

35 – I submitted a notice of claim (**EXHIBIT B**) on or about February 4th, 2020 and never received a reply. Hence I am left no alternative but to submit this suit to assert my rights under the United States Constitution.

**SECTION IV:**

As a result of all the trauma I have sustained as a result not just of my mothers passing but of the fraud upon my life and the Court of being charged in the name of the "People of the State of NY" for launching a lawful complaint into the death of my mother which is expressly protected by NY State Law and then having been twice (the second incident will be brought before this Court in a separate filing) been wrongfully deprived of my liberty in what I believe is a form of state sanctioned kidnapping violating clearly established Fourth Amendment Law, I have been in therapy which my sister, Dr. Ayelet Barkai, a Harvard Medical School faculty Psychiatrist is paying for because as a result of the false charges against me that were later dismissed outright. Further as a result of being dragged off this call and having Culianos scream "police department" into the call I was fired from the project I worked so hard to succeed at. The landowner went with the French Conglomerate Total because, with the deal contingent on the approval of a Power Purchase Agreement from the President of the Dominican Republic himself, the land owner could not risk his family land and fortune from police interference with me as his agent.

As a result of all of this I have completely lost all faith in policing and society as a whole; my feeling of safety and security in the community where my family has lived since 1974 has been shattered, and I am in the process of selling my home and fleeing this community for higher ground to a place where I can once again feel safe that if I am alone in my home or my car and dare complain to the police I will not be dragged from my home or my car as retribution for daring to open my mouth and exercising my first amendment rights that an agency who derives its authority from law and its budget from my tax dollars can turn against me and deprive me of my liberty as a retribution for daring to complain against one of their own for risking my life in the first place. My faith has quite frankly been shattered and I no longer feel safe in the Town of Clarkstown or the County of Rockland where my family has lived since 1974 where poorly trained armed men with out body cameras or dash board cameras which have become a form of national standard throughout these United States operate with impunity protected by their commanding officers without any civilian oversight. And further since this

has already happened twice without any oversight or investigation and since I now clearly appear as a target for the Clarkstown Police, all they have to do is pull me over with no eyewitness, no body cameras and no dashboard cameras and claim I threatened harm to myself or someone else and deprive me of my liberty under false charges with no due process in manipulation of NY Mental Hygiene Law and for me that is a risk I can ill afford and as such, as stated, must flee this community.

## SECTION V:

**I seek the following relief:**

1.) First and foremost I am seeking equitable relief a Judicial injunction compelling the Clarkstown Police Department, one of the highest paying police departments in the United States, to allocate money from its budget to immediately place body cameras on all 81 of their patrol officers as well as dashboard cameras on all mobile units and that usage and recall of film standards be in line with the minimum standards of the New York City Police Department, where many of the Clarkstown Police Officers including George Mendez received their training. It is a violation of equal protection for citizens of New York City to be protected from illegal police conduct by the implementation of cameras while citizens such as myself in Clarkstown be denied access to such exculpatory evidence when in fact Clarkstown has the budget capability to pay its officers in many cases as much as 100 to 150% or more than NYPD officers. The town of Clarkstown and its police clearly has the capability. I am asking this Court to force them through injunction to get it done.

2.) That this Court further compel through equitable relief in the form of an injunction that the Town of Clarkstown and the Clarkstown Police be forced to impanel an independent Civilian Complaint Review Board so that when citizens like myself come to the police to complain about the police the merits of the complaint go before an independent review board and not to ask police to police the police when the facts in this case prove they have no motivation to do so.

3.) That this Court refer this matter to the United States Justice Department for a criminal investigation for 18 US Code SS 242.

4.) Actual damages for emotional pain and suffering, costs associated with the crippling fear of not feeling safe in my home and needing to sell my home to flee this community and costs of psychiatric treatment in the amount of $100,000. Psychiatric treatment alone is costing my family at least $400/hour 52 weeks a year and this will go on for years. Compensatory damages in the amount of $2,400,000 that I will produce the contracts and agreements proving this damage before this Court when this Court does so command.

3.) For all of the above reasons above and to send a message loud and clear that we are all equal under the law and no person should have his right to not be illegally detained on a whim with no evidence and no recourse I am asking that this Court assess punitive damages of $9,600,000 (four times compensatory damages) or any amount that this Court see just and fair to remind the Clarkstown Police and The Rockland District Attorneys Office from where they derive their authority and to remind them that we are all equal before the law.