UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
NEW YORK

|  |  |  |
|---|---|---|
| -------------------------------------------------------X | | Docket No: 21-cv-04060-KMK |
| Ariel Dan Barkai | : | |
| Plaintiff, | : | |
| - against - | : | |
| Robert Nuendorf, et al. | : | |
| Defendants | : | |
| -------------------------------------------------------X | | |

April 27th, 2022

**MOTION REQUEST TO SUBMIT MEMORY STICK CONTAINING AT MOST 8 SEPARATE RECRODINGS OF EVIDENCE REFRENCED IN PLAINTIFFS PENDING MOTION IN OPPOSITION TO COUNTY DEFENDANTS MOTION TO DISMISS AND FOR A 6 PAGE OVER RIDE TO THE 25 PAGE RULE**

**Plaintiff's Motion to Submit the memory stick is granted. Plaintiff's remaining motion regarding a page limitation is denied as moot. The Clerk of Court is respectfully directed to terminate the Motion (Dkt. No. 148). Date: 9/19/2022**

SO ORDERED

*/s/ Kenneth M. Karas*
KENNETH M. KARAS U.S.D.J.

Ariel Barkai
New York, NY 10036
Tel: 307.220.9494

1

Your Honor,

I, Ariel Barkai, Pro Se Plaintiff in the above titled action, move to request permission for the following:

1.) I request permission from this Court to submit a memory stick with recorded evidence that will be referenced in my upcoming Motion in Opposition to County Defendants Motion to Dismiss to be submitted by Friday, April 29th, 2022. There will be **no more than 8 recordings** at this time though I do hold in my possession several more relevant recordings that be submitted when they become most relevant to the matters before this Court or at discovery. Some of the recordings are directly sourced by me and others were supplied to me by County Defendants themselves and are absolutely relevant to the matters at hand.

2.) I respectfully request a slight over ride of no more than 6 pages to this Courts 25 page rule. I have brought the factors behind this request to this Courts attention in a previous letter (Document 142) and the reason is that County Defendants Motion to Dismiss was so replete with patently false and incorrect events that never happened that I was forced to spend several addition pages of my allotted space to clean up the facts before this Court so that this Courts time will not be further wasted and so that this Court can make the correct legal determinations, of which I put my full faith, based on actual facts and not some, I am not even sure what the word is, false claims of events that clearly never even happened.

I am ready to submit my Memorandum of Law and have cut it to the bone but there are simply some facts that must be repeated and included given how totally off kilter County Defendants recitation of the facts were in their Motion to Dismiss.

Thank you for Your consideration of this request and thank you once again for this Courts time and allowance for me to bring these matters before this Court in my ongoing pursuit of justice.

Respectfully,

/S/   *Ariel Barkai*

Ariel Barkai                                                                              To: All parties via ECF

2