UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ARIEL DAN BARKAI,

                          Plaintiff,                            **ORDER**

     -against-                                   21 Civ. 4060 (KMK)(JCM)

ANTHONY CULIANOS, *et al.*,

                        Defendants.
-------------------------------------------------------X

       Pursuant to a ruling made on the record during the December 5, 2024 telephone conference in the above-captioned matter, Verizon is directed to produce the incoming and outgoing call logs, from August 20, 2020, for Eileen/Ariel Barkai's Verizon account (phone number: 845-353-3654; billing address: 214 Hilltop Lane Nyack NY), by January 10, 2025.

       Defendants are directed to serve a copy of this order on Verizon and file proof of service on the docket.

Dated:  December 5, 2024
            White Plains, New York

                                                          **SO ORDERED:**

                                                          JUDITH C. McCARTHY
                                                          United States Magistrate Judge