**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
ARIEL D. BARKAI,

                Plaintiff,                21 **CIVIL** 4060 (KMK)

   -against-                          **JUDGMENT**

ANTHONY CULIANOS, et al.,

                Defendants.
------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion & Order dated September 19, 2025, the Court has granted Defendants' Motion for Summary Judgment and thus necessarily has denied Plaintiff's Motions; accordingly, this case is closed.

**Dated:**  New York, New York

     September 22, 2025

                                                       **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                            **BY:**     *K. Mango*

                                                         **Deputy Clerk**