

Eliza M. Scheibel
914.872.7303 (direct)
Eliza.Scheibel@wilsonelser.com

October 8, 2025

*Via ECF*

Hon. Kenneth M. Karas
United States District Judge
United States District Court for the
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re:   Ariel Dan Barkai v. Detective Robert Nuendorf, et al.
      Docket No.: 21-CV-04060-KMK-JCM
      Our File No.: 12129.00319

Dear Judge Karas:

We represent Defendants Anthony Culianos and Kyla Caraballo (s/h/a "Officer Donegan"). We write regarding the Court's October 6, 2025 Order (DE 647), which treated Plaintiff's September 30, 2025 letter (DE 646) as a motion for reconsideration and directed Defendants to respond by October 13, 2025.

After the Court issued its October 6 Order, Defendants received an email from the pro se Plaintiff stating that his September 30 submission was not intended as a motion for reconsideration and that no response from Defendants was required. Plaintiff's email is attached hereto as **Exhibit A**. Plaintiff also indicated that he communicated the same to the Court. We have not seen any such correspondence reflected on the docket to date, which may be due to the timing of pro se filings.

Defendants disagree with the criticisms raised in Plaintiff's September 30 letter and do not believe they provide any basis for reconsideration of the Court's summary judgment decision. However, in light of Plaintiff's e-mail, we respectfully seek clarification as to whether the Court still requires Defendants to file a response by October 13, 2025.

We appreciate the Court's guidance.

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Beaumont, TX | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO Detroit, MI | Edwardsville, IL | Florham Park, NJ | Garden City, NY | Hartford, CT | Houston, TX | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA Louisville, KY | McLean, VA | Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orlando, FL | Philadelphia, PA | Phoenix, AZ Raleigh, NC | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Washington, DC | West Palm Beach, FL | White Plains, NY

321900266v.1

 **WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

Docket No.: 21-CV04060-KMK
Our File No.: 12129.00319
- 2 -

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

/s/ Eliza M. Scheibel

cc: All Parties (via ECF)

Plaintiff has not indicated to the Court that the September 30 correspondence was not a Motion for Reconsideration. Accordingly, the Court asks Defense to respond by 10/15/25.

So Ordered.

10/8/25

321900266v.1